IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ERIC STAMPLEY, | ) | |
| individually and on behalf of the class | ) | |
| defined herein, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 08 CV 2811 |
| | ) | Judge Ruben Castillo |
| vs. | ) | Magistrate Judge Schenkier |
| | ) | |
| LVNV FUNDING, LLC; | ) | |
| ALEGIS GROUP LLC; and | ) | |
| RESURGENT CAPITAL SERVICES LP, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

**TO:**   (See attached service list.)

   **PLEASE TAKE NOTICE** that on Tuesday, June 10, 2008 at 9:45 a.m., we will appear before the Honorable Judge Ruben Castillo in Room 2141 of the United States District Court, for the Northern District of Illinois, 219 S Dearborn St, Chicago, IL 60604, and present the following: **PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**.

                                             s/ Daniel A. Edelman
                                             Daniel A. Edelman

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Cassandra P. Miller
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 S. LaSalle Street, Suite 1800
Chicago, Illinois  60603
(312) 739-4200
(312) 419-0379 (FAX)

**CERTIFICATE OF SERVICE**

       I, Daniel A. Edelman, hereby certify that on May 30, 2008, the foregoing document was filed electronically using the Court's CM/ECF system.  A copy of the foregoing document was served via hand delivery on the following:

LVNV FUNDING, LLC
c/o CT Corporation System, Registered Agent
208 S. LaSalle Street
Suite 814
Chicago, IL 60604

ALEGIS GROUP LLC
c/o CT Corporation System, Registered Agent
208 S. LaSalle Street
Suite 814
Chicago, IL 60604

RESURGENT CAPITAL SERVICES LP
c/o CT Corporation System, Registered Agent
208 S. LaSalle Street
Suite 814
Chicago, IL 60604

                                                            s/ Daniel A. Edelman
                                                            Daniel A. Edelman

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Cassandra P. Miller
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 S. LaSalle Street, Suite 1800
Chicago, Illinois  60603
(312) 739-4200
(312) 419-0379 (FAX)