**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                                 Case Number:


AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:



| |
|---|
| NAME (Type or print) |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ |
| FIRM |
| STREET ADDRESS |
| CITY/STATE/ZIP |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES | NO |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES | NO |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES | NO |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES | NO |

| |
|---|
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br><br> RETAINED COUNSEL          APPOINTED COUNSEL |

## CERTIFICATE OF SERVICE

I, John K. Rossman, hereby certify that on June 17, 2008, the foregoing documents was filed electronically using the Court's CM/ECF system. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system to the following:

- Cathleen M. Combs - ccombs@edcombs.com
- Daniel A. Edelman - courtecl@edcombs.com
- James O. Latturner - jlatturner@edcombs.com
- Cassandra P. Miller - cmiller@edcombs.com
- David M. Schultz - dschultz@hinshalwlaw.com
- Todd Philip Stelter - tstelter@hinshalaw.com

    MOSS & BARNETT
    A Professional Association

    s/ John K. Rossman
    John K. Rossman
    Moss & Barnett, P.A.
    4800 Wells Fargo Center
    90 S. Seventh Street
    Minneapolis, MN 55402
    (612) 877-5000
    (612) 877-5999 (fax)
    RossmanJ@moss-barnett.com
    *ATTORNEY FOR DEFENDANTS*