**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

| NAME (Type or print) |
|---|
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>         s/ |
| FIRM |
| STREET ADDRESS |
| CITY/STATE/ZIP |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES | NO |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES | NO |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES | NO |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
|---|
| RETAINED COUNSEL        APPOINTED COUNSEL |

## CERTIFICATE OF SERVICE

I, Michael S. Poncin, hereby certify that on June 17, 2008, the foregoing documents was filed electronically using the Court's CM/ECF system. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system to the following:

- Cathleen M. Combs - ccombs@edcombs.com
- Daniel A. Edelman - courtecl@edcombs.com
- James O. Latturner - jlatturner@edcombs.com
- Cassandra P. Miller - cmiller@edcombs.com
- David M. Schultz - dschultz@hinshalwlaw.com
- Todd Philip Stelter - tstelter@hinshalaw.com

MOSS & BARNETT
A Professional Association

 s/ Michael S. Poncin
Michael S. Poncin
Moss & Barnett, P.A.
4800 Wells Fargo Center
90 S. Seventh Street
Minneapolis, MN 55402
(612) 877-5000
(612) 877-5999 (fax)
PoncinM@moss-barnett.com
*ATTORNEY FOR DEFENDANTS*