UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ERIC STAMPLEY, | ) |
|       Plaintiff, | ) ) ) |
| v. | ) ) COURT FILE NO. 08 CV 2811 |
| LVNV FUNDING, LLC, ALEGIS GROUP LLC; and RESURGENT CAPITAL SERVICES LP, | ) ) ) Judge Castillo ) ) Magistrate Judge Schenkier |
|       Defendants. | ) ) ) |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD**

Defendants, LVNV FUNDINC, LLC, ALEGIS GROUP LLC; and RESURGENT CAPITAL SERVICES LP, by their attorneys, David M. Schultz and Todd P. Stelter, pursuant to Federal Rule of Civil Procedure 6(b), respectfully request that this court grant a 21 day extension of time, or up until July 10, 2008, to file a responsive pleading to plaintiff's complaint, and in support thereof, states as follows:

1. Plaintiff's complaint purports to state a claim under the Fair Debt Collection Practices Act against the defendants.

2. Plaintiff's Complaint was filed on May 15, 2008, and service was recently effectuated on defendants.

3. The current deadline for defendants to answer or otherwise plead is set for June 19, 2008.

4. Defendants have not requested any previous extensions.

6331010v1 889678

5. Defense counsel was recently retained and requires additional time to perform factual investigation prior to answering or otherwise pleading. This time is not meant for purposes of unnecessary delay and will not prejudice any party in the litigation. This time is necessary to analyze the pleading and prepare the appropriate response.

6. Defense counsel has communicated with plaintiff's counsel and it has been indicated that there is no opposition to this motion.

7. This extension will not affect the Court's previously set schedule setting a joint status report due on July 17, 2008, and a status hearing on plaintiff's class certification motion on July 22, 2008.

WHEREFORE, defendants respectfully request this court grant an extension of time up to and including July 10, 2008, to file a responsive pleading to plaintiff's complaint.

Respectfully submitted,

By: _____s/ Todd P. Stelter_____
One of Defendants Attorneys

David M. Schultz
Todd Stelter
HINSHAW & CULBERTSON LLP
222 N. LaSalle Street
Suite 300
Chicago, IL 60601-1081
312-704-3000

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ERIC STAMPLEY, | ) |
|        Plaintiff, | ) |
| v. | ) COURT FILE NO. 08 CV 2811 |
| LVNV FUNDING, LLC, ALEGIS GROUP LLC; and RESURGENT CAPITAL SERVICES LP, | ) Judge Castillo |
| | ) Magistrate Judge Schenkier |
|        Defendants. | ) |

### CERTIFICATE OF SERVICE

I hereby certify that on June 17, 2008, I electronically filed **UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD** with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to the following:

**Dan Edelman**
dedelman@edcombs.com

Respectfully submitted,

By:_____s/Todd P. Stelter_____

David M. Schultz
Todd P. Stelter
HINSHAW & CULBERTSON LLP
222 N. LaSalle Street, Ste 300
Chicago, IL 60601
(312) 704-3000

3

6331010v1 889678