UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ERIC STAMPLEY, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) COURT FILE NO. 08 CV 2811 |
| LVNV FUNDING, LLC, ALEGIS GROUP LLC; and RESURGENT CAPITAL SERVICES LP, | ) ) ) Judge Castillo ) ) Magistrate Judge Schenkier |
| Defendants. | ) ) ) |

### NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on the **24th** day of **June 2008** at **9:45 a.m.**, or as soon thereafter as this Motion may be heard, I shall appear before the Honorable Judge Castillo, or any judge sitting in his/her stead in Courtroom 2141 in the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, 60604, and shall then and there present **Unopposed Motion for Extension of Time to Answer or Otherwise Plead**, a copy of which is hereby served upon you.

Respectfully submitted,


By:____s/Todd P. Stelter_____

Todd P. Stelter
HINSHAW & CULBERTSON LLP
222 N. LaSalle Street, Ste 300
Chicago, IL 60601
(312) 704-3000

6331023v1 889678

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ERIC STAMPLEY, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| ) COURT FILE NO. 08 CV 2811 | |
| LVNV FUNDING, LLC, ALEGIS GROUP ) | |
| LLC; and RESURGENT CAPITAL SERVICES ) Judge Castillo | |
| LP, ) | |
| ) Magistrate Judge Schenkier | |
| Defendants. ) | |
| ) | |
| ) | |

### CERTIFICATE OF SERVICE

I hereby certify that on June 17, 2008, I electronically filed **NOTICE OF UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD** with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to the following:

**Dan Edelman**
dedelman@edcombs.com

Respectfully submitted,

By: ____s/Todd P. Stelter_____

Todd P. Stelter
HINSHAW & CULBERTSON LLP
222 N. LaSalle Street, Ste 300
Chicago, IL 60601
(312) 704-3000

6331023v1 889678