# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| ERIC STAMPLEY and PRATHANE L. MATMANIVONG, individually and on behalf of the class defined herein, | ) ) ) | |
| | ) | Case No.: 08 CV 2811 |
| Plaintiff, | ) ) | |
| | ) | Judge Castillo |
| v. | ) | Magistrate Judge Schenkier |
| | ) | |
| LVNV FUNDING, LLC; ALEGIS GROUP LLC; and RESURGENT CAPITAL SERVICES LP, | ) ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on the **22nd** day of **July 2008 at 9:45 a.m.**, or as soon thereafter as this Motion may be heard, I shall appear before the Honorable Judge Castillo, or any judge sitting in his/her stead in Courtroom 2141 in the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, 60604, and shall then and there present **Defendants' Motion to Stay Pursuant to Colorado River Doctrine or in the alternative Dismiss**, a copy of which is hereby served upon you.

Respectfully submitted,

By:____s/Todd P. Stelter_____

Todd P. Stelter
HINSHAW & CULBERTSON LLP
222 N. LaSalle Street, Ste 300
Chicago, IL 60601
(312) 704-3000

### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| ERIC STAMPLEY and PRATHANE L. MATMANIVONG, individually and on behalf of the class defined herein, | ) ) ) | |
| | ) | Case No.: 08 CV 2811 |
| Plaintiff, | ) ) | |
| v. | ) ) | Judge Castillo Magistrate Judge Schenkier |
| | ) | |
| LVNV FUNDING, LLC; ALEGIS GROUP LLC; and RESURGENT CAPITAL SERVICES LP, | ) ) ) | |
| Defendant. | ) ) ) | |

### CERTIFICATE OF SERVICE

I hereby certify that on July 10, 2008, I electronically filed **NOTICE OF MOTION** with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to the following:

**Dan Edelman**
dedelman@edcombs.com

Respectfully submitted,


By:____s/Todd P. Stelter_____


Todd P. Stelter
HINSHAW & CULBERTSON LLP
222 N. LaSalle Street, Ste 300
Chicago, IL 60601
(312) 704-3000