UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – **CM/ECF LIVE, Ver 3.2.1**
Eastern Division

Eric Stampley, et al.
                              Plaintiff,

v.                                              Case No.: 1:08−cv−02811
                                                Honorable Ruben Castillo

LVNV Funding, LLC, et al.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, July 22, 2008:

     MINUTE entry before the Honorable Ruben Castillo:Status hearing held on 7/22/2008. Plaintiff's response to Defendants' motion to dismiss Plaintiff's first amended complaint or stay pursuant to Colorado River Doctrine [26] is due 7/22/2008. Defendants' reply will be due on or before 8/5/2008. The Court will rule by mail. Defendants' response to Plaintiff's motion for class certification [10] is due on or before 9/22/2008. Plaintiff's reply will be due on or before 10/22/2008. The Court will rule by mail.Mailed notice(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.